**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL McMULLEN, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:13cv718 |
| § | (Judge Clark/Judge Mazzant) |
| AMSHER COLLECTION SERVICES, INC., § | |
| § | |
| *Defendant.* § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) [Doc. #9].

It is **ORDERED** that the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) [Doc. #9]. is accepted by the court. The court further **ORDERS** that Plaintiff's claims and causes of action against defendant are **DISMISSED** in their entirety, with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this  7   day of **March, 2014.**

_____
Ron Clark, United States District Judge